UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:23-CR-00128-1-D
Civil No. 5:25-CV -00784-1-D

Johnathan Crawford,                    )
                                       )
                    Petitioner,        )
                                       )
        v.                             )            ORDER
                                       )
United States of America,              )
                                       )
                    Respondent.        )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the

filing of this order.

SO ORDERED. This **3** day of December, 2025.

James C. Dever III
UNITED STATES DISTRICT JUDGE