IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-128-D
No. 5:25-CV-784-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JOHNATHAN CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL file a response to defendant's motion for modification of sentence [D.E. 67] not later than January 30, 2026.

SO ORDERED. This 17 day of December, 2025.

JAMES C. DEVER III
United States District Judge